IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



RICHARD (RICKEY) PALERMO
and SHEILA PALERMO                           APPELLEES/PLAINTIFFS

V.                                            NO. 5:07cv52DCB-JMR

LETOURNEAU TECHNOLOGIES, INC., ET AL.        APPELLANTS/DEFENDANTS


### ORDER GRANTING NON-SUIT

CAME the Plaintiffs, by and through counsel, and moved the Court to grant a non-suit in the above styled and captioned matter, and the Court being of the opinion that the relief sought should be granted, therefore, grants dismissal by non-suit in this cause of action.

SO ORDERED this 30th day of March, 2007.

UNITED STATES MAGISTRATE JUDGE


/s Paul Kelly Loyacono
PAUL KELLY LOYACONO
ATTORNEY AT LAW (MSB #1473)
1025 JACKSON STREET
POST OFFICE BOX 1150
VICKSBURG, MISSISSIPPI 39183-2521
TELEPHONE: (601) 638-8282
FACSIMILE: (601) 638-8296
E-MAIL: loyaconolaw@worldnet.att.net