## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## WESTERN DIVISION

RICHARD (RICKEY) PALERMO                                        PLAINTIFFS
and SHEILA PALERMO

VERSUS                                  CIVIL ACTION NO. 5:07cv52-DCB-JMR

LETOURNEAU, INC.; DANIEL C. DREW
d/b/a NATIONWIDE MEDICAL REVIEW;
KRISTY BROGAN; FALL CREEK HEALTH
AND SAFETY, INC.; MISSISSIPPI
BAPTIST MEDICAL CENTER; GENE R.
BARRETT, M.D.; LIFE LINK TISSUE
BANK, INC.; NUTECH MEDICAL, INC.;
and ACE PROPERTY AND CASUALTY
INSURANCE CO.                                                   DEFENDANTS


## FINAL JUDGMENT

This matter having come before the Court on the plaintiffs' Motion for Voluntary Non-Suit **[docket entry no. 19]** and Motion to Remand **[docket entry no. 24],** and the Court having unconditionally granted the Motion for Voluntary Non-Suit and denied as moot the Motion to Remand, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this the  25th  day of September, 2007.


                                        _____
                                         s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE